UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEYEMBO MIKANDA, | Case No. C24-500RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| WALMART CORPORATION, | |
| Defendant. | |

    This matter comes before the Court *sua sponte*. *Pro se* Plaintiff Neyembo Mikanda filed a proposed complaint on April 10, 2024. Dkt. #1. In response, the Court mailed him a letter listing the following deficiencies: filing fee not paid and civil cover sheet omitted. Dkt. #3. The Court's letter gave a deadline of May 13, 2024, to pay the filing fee or to submit an application to proceed in forma pauperis. *Id*. The letter warned that failure to fix these deficiencies could result in dismissal of the action. *Id*. This letter was mailed to the return address for Plaintiff's proposed complaint and to the address listed by Plaintiff. *See* Docket. Plaintiff did not pay the filing fee or submit an application to proceed in forma pauperis by the deadline. Mail addressed to Plaintiff was returned as undeliverable. Dkt. #4. The Court concludes that Plaintiff has failed to respond to the Court's instructions and failed to prosecute this case.

ORDER OF DISMISSAL - 1

Accordingly, the Court hereby FINDS and ORDERS that Plaintiff's claims are properly DISMISSED without prejudice for failure to pay the filing fee or to submit an application to proceed in forma pauperis.  This case is CLOSED.

DATED this 4th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE